**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAVIER MIGUEL MELENDEZ ) | Case No.: 13-cv-00691-GSA |
| Plaintiff, ) | |
| v. ) | ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. ) | |
| Defendant. ) | |

Based upon the stipulation of the parties filed on December 20, 2013, and for cause shown, Plaintiff shall file his opening brief no later than January 20, 2014. All other deadlines set forth in the May 13, 2013 Scheduling Order (Doc. 7) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **December 23, 2013**           /s/ Gary S. Austin

UNITES STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

-1-